Linda DEBRECHT,
Claimant/Appellant,

v.

CARDINAL RITTER INSTITUTE,
Employer/Respondent,

and

Division of Employment Security,
Respondent.

No. ED 95705.

Missouri Court of Appeals,
Eastern District,
Division Three.

April 19, 2011.

Linda A. Debrecht, Glendale, MO, pro
se.

Shelly A. Kintzel, Jefferson City, MO,
for respondents.

Before SHERRI B. SULLIVAN, P.J.,
CLIFFORD H. AHRENS, J., and
LAWRENCE E. MOONEY, J.

## ORDER

PER CURIAM.

Linda Debrecht appeals the decision of
the Labor and Industrial Relations Com-
mission finding her disqualified from re-
ceiving certain unemployment-compensa-
tion benefits. A written opinion would
have no precedential value. We have fur-
nished the parties with a memorandum,
for their information only, explaining the
reasons for our decision. We affirm.
Rule 84.16(b)(4) & (5)